12th Circ. Court of Appeals
Clerk of the Court

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR -9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

3-2-2015

Dear Clerk of the Court    Re: filing of writ

Dear Clerk, Please file my Writ of Mandamus to secure my secured Constitutional Rights and forward to me a time Stamped Copy that I have included in this envelope. Please take Note, This Mandamus is a time Sensitive document involving my freedom and Liberty.

I personally thank you for your time and consideration on this matter.

Respectfully
Donald Adkins
1792685  In Pro-se
Ramsey #1 Unit
1100 FM 655
Rosharon, TX 77583

IN THE TWELFTH CIRCUIT COURT OF APPEALS

IN RE, Donald Adkins, §
Petitioner §       Cause No. _____
§

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR -9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

-PETITION FOR A WRIT OF MANDAMUS-

To the Honorable Judges of said Court,

1. On August 4, 2011 Notification of Pending charges became known to Petitioner and, Petitioner requested his Attorney, Steve Smith to envoke Speedy Trial Rights on Sabine County, Texas.

2. There is no Document evidence in possession of Petitioner.

3. On the date of October 17 and November 20th, 2012, the Petitioner sent to Sabine County Court a notice for Speedy Trial and Bench Warrant.

4. The Court never responded to #3 above.

5. On December 16th, 2013 Petitioner filed (mailed) a Motion to Dismiss Pending Charges, Complaints, Indictments...et cetra.

6. The Courts of Sabine County never responded.

7. On January 17th, 2014 a letter to the Clerk of the Court of Sabine County, Texas...explained actions priorly taken by Petitioner and no response was provided and, Petitioner requested status.

8. On February 19th, 2014, a letter explaining the above 1-7 of this Petition was mailed to "Honorable Judge, Mitchell of Sabine County, Texas and requested assistance in the interest of Justice...and as of this date there has been no response.

9. Within Nos. 1-8 herein, Petitioner directed his right to a Speedy Trial and Rights secured by Federal Constitutional Law.

10. Petitioner, under State and Federal Law, gave Notice in Writing through his Document filed with the Courts (mailed) of Sabine County, Texas.

*original*

11. The Holders placed on Petitioner in his Prison Placement-Classification Screen- prevents proper review of Parole and Institutional Security levels for Privileges and Parole consideration.

## REQUEST FOR RELIEF:

Petitioner, being incarcerated in this Court's Jurisdiction, requests that a "Writ of Mandamus" be issued against the State of Texas, County of Sabine...to Dismiss with Prejudice any and all causes, complaints, indictments - et cetera...known to and/or unknown to the Petitioner by way of Dismissal with Prejudice and an "ORDER" to direct the Texas Department of Criminal Justice (TDCJ) to have all holds removed from the Petitioner's Classification Screen, and any other Factoring Documents, Data Systems et-cetera.

It is furhter requested that all costs, fees, and other expenses of this action be waived and/or charged to the State of Texas, Sabine county.

It is further requested, if said Writ is denied...That a request for a Certificate of Appealibility be issued.

It is so prayed.

Respectfully Submitted,

*Donald Adkins*

Donald Adkins, Pro Se
#1792685
Ramsey 1 Unit
1100 FM 655
Rosharon, Texas 77583

I do hereby Certify that a Complete and Accurate copy of the foregoing 2 pages were sent to the Clerk of the Court, Sabine County, Texas, and the Prosecutor's Office by U.S. Mail on this the 2nd day of March, 2015.

*Donald Adkins*

Donald Adkins, Pro Se